# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## Case No. 1:14-cv-00671

| | |
|---|---|
| **YAKIM MANASSEH JORDAN,**<br><br>Plaintiff,<br><br>v.<br><br>**SELESTER STEWART, JR.,**<br><br>Defendant. | **NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 83.3, Defendant Selester Stewart, Jr. hereby notifies the Court, with the consent of Plaintiff, that the parties have reached a settlement of the matters in controversy in this action as of June 2, 2015. As a result of that settlement, the parties will file a stipulation of dismissal, with prejudice, of all claims and counterclaims in this action.

Respectfully submitted, this the 3rd day of June, 2015.

**JAMES, McELROY & DIEHL, P.A.**

/s/ Jennifer M. Houti
Edward T. Hinson, Jr.
Jennifer M. Houti
600 South College Street
Charlotte, North Carolina 28202
Email: ehinson@jmdlaw.com
       jhouti@jmdlaw.com
*Attorneys for Defendant Selester Stewart, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF SETTLEMENT** using the CM/ECF system, which will send notification of such filing to the parties' respective counsel of record as follows:

Jennifer M. Houti – jhouti@jmdlaw.com

Roberta King Latham – rking@bguthrie.com

This the 3rd day of June, 2015.

**JAMES, McELROY & DIEHL, P.A.**

/s/ Jennifer M. Houti
Edward T. Hinson, Jr.
Jennifer M. Houti
600 South College Street
Charlotte, North Carolina 28202
Email: ehinson@jmdlaw.com
    jhouti@jmdlaw.com
*Attorneys for Defendant Selester Stewart, Jr.*